UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-135 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| KELLY ANTHONY BREWER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:       International Parental Kidnapping

Date of Detention Hearing:    March 28, 2008

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

     1.     Defendant is accused of attempting to remove his 11 year old son from the United States to Canada with the intent to obstruct the lawful parental rights of another, that is, his son's

01  mother.  Defendant was arrested as he attempted to enter Canada from the State of Washington.

02  The AUSA proffers documents that are alleged to indicate that defendant intended to claim asylum

03  and take up residence for himself and the child in Canada.

04          2.      Defendant resides in California with his mother.  He has no ties to this District.  He

05  is unemployed due to disability. The AUSA proffers the concern that his mother may have been

06  assisting or at least aware of the defendant's alleged intention to remove the child.

07          3.      There is an outstanding active, extraditable warrant for contempt for disobeying

08  a court order in Oroville, California, related to this case, issued after defendant failed to appear

09  in court.

10          4.      Defendant poses a risk of nonappearance due to unstable employment, an active

11  bench warrant, lack of ties to this District and recent attempt to relocate to another country.  He

12  poses a risk of danger due to the nature of the instant offense, and the presence of a firearm in his

13  house.

14          5.      There does not appear to be any condition or combination of conditions that will

15  reasonably assure the defendant's appearance at future Court hearings while addressing the danger

16  to other persons or the community.

17  It is therefore ORDERED:

18          (1)     Defendant shall be detained pending trial and committed to the custody of the

19                  Attorney General for confinement in a correction facility separate, to the extent

20                  practicable, from persons awaiting or serving sentences or being held in custody

21                  pending appeal;

22          (2)     Defendant shall be afforded reasonable opportunity for private consultation with

DETENTION ORDER                                                                          15.13
18 U.S.C. § 3142(i)                                                                      Rev. 1/91
PAGE 2

01 counsel;

02 (3)    On order of a court of the United States or on request of an attorney for the

03 Government, the person in charge of the corrections facility in which defendant is

04 confined shall deliver the defendant to a United States Marshal for the purpose of

05 an appearance in connection with a court proceeding; and

06 (4)    The clerk shall direct copies of this Order to counsel for the United States, to

07 counsel for the defendant, to the United States Marshal, and to the United States

08 Pretrial Services Officer.

09 DATED this <u>28th</u> day of March, 2008.

10

11 _____
Mary Alice Theiler
United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                   15.13
18 U.S.C. § 3142(i)                               Rev. 1/91
PAGE 3